

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,405-01

### EX PARTE ARCHIE PERVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13CR-019A IN THE 349TH DISTRICT COURT
### FROM HOUSTON COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of kidnapping and sentenced to ten years' imprisonment. He did not appeal his conviction.

Applicant pleaded guilty pursuant to an agreement that the trial court would be able to consider shock probation as a sentencing option. TEX. CODE CRIM. PROC. art. 42.12, § 6. Applicant contends, however, that the 180-day deadline in § 6 expired and that the trial court lost jurisdiction.

The trial court made findings of fact and conclusions of law and recommended that we

restore its jurisdiction under § 6. Relief is granted. In cause number 13CR-019 in the 349th District Court of Houston County, the trial court's jurisdiction to consider probation under § 6 shall begin on the day this Court issues mandate. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 11, 2014
Do not publish